UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

BARBARA A. BOGDAN,

Plaintiff,

v.

UFCW INTERNATIONAL UNION-
INDUSTRY VAP FUND,

Defendant.

Case No. 25-CV-2671

**DEFENDANT'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD
PURSUANT TO FED. R. CIV. P. 52**

**COMES NOW** Defendant, UFCW International Union-Industry VAP Fund ("the Fund"),

pursuant to Rule 52 of the Federal Rules of Civil Procedure, and moves this Court for an Order

granting judgment in its favor and against Plaintiff, Barbara A. Bogdan ("Plaintiff"), and adopting

each of the Fund's Proposed Findings of Fact and Conclusions of Law. The reasons supporting this

Motion for Judgment are set forth in the Fund's accompanying Brief in Support of its Motion for

Judgment on the Administrative Record.

Along with its Motion for Judgment and Brief in Support, the Fund files its Proposed

Findings of Fact and Conclusions of Law and the Fund incorporates those documents by reference.

**WHEREFORE**, the Fund requests that this Court enter an Order granting its Motion for

Judgment; that this Court adopt the Fund's Proposed Findings of Fact and Conclusions of Law; and

granting it any such further relief that the Court deems just and proper.

2

Dated this 22nd day of May, 2026.

*s/ Danielle E. Marocchi*
Daniel G. Murphy
WI State Bar ID No. 1097740
dmurphy@reinhartlaw.com
Danielle E. Marocchi
WI State Bar ID No. 1103023
dmarocchi@reinhartlaw.com
Jori P. LaRosa
WI State Bar ID No. 1126882
jlarosa@reinhartlaw.com
Reinhart Boerner Van Deuren s.c.
1000 N Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: 414-298-1000

*Attorneys for Defendant*

2